**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

**MOHAMMED NAZIR BIN LEP,**

**Petitioner,**

**v.**

**JOSEPH R. BIDEN et al.,**

**Respondents.**

**Civil Action No. 20-3344 (JDB)**

---

## FOURTH AMENDED SCHEDULING ORDER

Upon consideration of [119] petitioner's consent motion to revise the scheduling order, and the entire record herein, it is hereby **ORDERED** that the following schedule shall govern future proceedings:

1. Petitioner shall file his reply in further support of [107] his discovery motion and his response to [113] respondents' sealed motion by not later than July 15, 2022.

2. Respondents shall file their reply in further support of their sealed motion by not later than August 12, 2022.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: June 29, 2022